The City of Chicago, a Municipal Corporation, Plaintiff-Appellee, v. Jo Ann Williams, Defendant-Appellant.

Gen. Nos. M–52,281, M–52,282. (Abstract of Decision.)

First District, First Division.

October 14, 1968.

Rehearing denied November 27, 1968.

Ward P. Fisher and Raymond E. Harth, of Chicago (Ward P. Fisher, of counsel), for appellant; Raymond F. Simon, Corporation Counsel, of Chicago (Marvin E. Aspen and RocLyne E. LaPorte, Assistant Corporation Counsel, of counsel), for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.